# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Judith Anne Doddington, | Civil No. 14cv04948 PAM/JJK |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| Safeco Insurance Company of Indiana, | |
| Defendant. | |

_____

The court having been advised that the above case has been settled,

**IT IS HEREBY ORDERED** that this action is dismissed, without prejudice, the Court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated:   April 27, 2015

                                          *s/Paul A. Magnuson*
                                          Paul A. Magnuson, Judge
                                          United States District Court